**UNITED STATES of America,**
**Appellee,**

v.

**Mucio MONTESINOS–MONTIEL,**
**Appellant.**

**No. 05–2602.**

United States Court of Appeals,
Eighth Circuit.

Submitted April 24, 2006.

Filed April 27, 2006.

Shannon Leigh Olson, U.S. Attorney's Office, Des Moines, IA, for Appellee.

Raymond J. Rigat, Clinton, CT, for Appellant.

Mucio Montesinos–Montiel, Federal Correctional Institution, Sandstone, MN, pro se.

Before RILEY, MAGILL, and GRUENDER, Circuit Judges.

[UNPUBLISHED]

PER CURIAM.

With a certificate of appealability granted by the district court,[1] Mucio Montesinos–Montiel appeals the denial of his 28 U.S.C. § 2255 motion. We affirm for the reasons stated by the district court in its thorough and well-reasoned opinion. *See* 8th Cir. R. 47B.

1. The Honorable Ronald E. Longstaff, Chief Judge, United States District Court for the Southern District of Iowa.